UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

EBONY P. ENMAN

Case No.:

Plaintiff,
vs.

6:07-cv-1614-ORL-31DAB

MILWAUKEE MOTORCYCLE
MANUFACTURING COMPANY, INC.
and SCOTT YADRO

Defendants.
_____/

## COMPLAINT

Plaintiff, EBONY P. ENMAN, (hereinafter referred to as "Plaintiff"), by and through her undersigned counsel and sues the Defendants, MILWAUKEE MOTORCYCLE MANUFACTURING COMPANY, INC. and SCOTT YADRO (hereinafter referred to collectively as the "Defendants"), and states as follows:

### INTRODUCTION

1. This is an action by Plaintiff against her current employer for unpaid wages, pursuant to the Fair Labor Standards Act ("FLSA"). Plaintiff seeks damages and a reasonable attorney's fee.

### JURISDICTION

2. This action arises under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §201, et. seq. The Court has jurisdiction over the FLSA claims pursuant to 29 U.S.C. § 216(b).

### VENUE

3. The venue of this Court over this controversy is proper based upon the claim arising in Volusia County, Florida.

## **THE PARTIES**

4. Plaintiff was at all time material, employed by Defendant, MILWAUKEE MOTORCYCLE MANUFACTURING COMPANY, INC., as an administrative assistant, at its business located in Daytona Beach, Florida.

5. The Defendant, MILWAUKEE MOTORCYCLE MANUFACTURING COMPANY, INC. is a Florida corporation that operates a motorcycle manufacturing company and operates in Daytona Beach, Florida. Defendant, MILWAUKEE MOTORCYCLE MANUFACTURING COMPANY, INC. is an employer as defined by 29 U.S.C. § 203(d). The employer has employees subject to the provisions of the FLSA, 29 U.S.C. §206, in the facility where Plaintiff was employed.

6. Plaintiff was an employee of MILWAUKEE MOTORCYCLE MANUFACTURING COMPANY, INC. and, at all times relevant to violations of the Fair Labor Standards Act was engaged in commerce as defined by 29 U.S.C. §§ 206(a) and 207(a)(1).

7. Alternatively, Defendant, MILWAUKEE MOTORCYCLE MANUFACTURING COMPANY, INC. is an enterprise engaged in commerce or in the production of goods for commerce as defined by 29 U.S.C. § 203(s)(1).

8. Defendant, SCOTT YADRO was at all times material hereto, the owner and/or officer of Defendant, MILWAUKEE MOTORCYCLE MANUFACTURING COMPANY, INC.

9. Defendant, SCOTT YADRO at all times material hereto was acting directly or indirectly in the interest of Defendant, MILWAUKEE MOTORCYCLE MANUFACTURING COMPANY, INC., in relation to Plaintiff's employment and was substantially in control of the terms and conditions of the employee's work and are therefore considered statutory employers under 29 U.S. C. 203(d).

10. Plaintiff has retained the PANTAS LAW FIRM, P.A. to represent her in this matter and has agreed to pay said firm a reasonable attorney's fee for its services.

## VIOLATION OF THE MINIMUM WAGE
## PROVISION OF THE FAIR LABOR STANDARDS ACT

11. Plaintiff re-alleges and incorporates herein the allegations contained in paragraphs 1 through 10, above.

12. The Defendant willfully violated Section 6 and Section 15 of the Fair Labor Standards Act, by failing to compensate the Plaintiff at a rate equal to the minimum wage requirement for work performed while employed by Defendants. Specifically, Plaintiff worked from June 6, 2007 through July 5, 2007, and received less than the minimum wage for hours worked, and in fact was never compensated by Defendant for work for said period.

WHEREFORE, Plaintiff demands a judgment against Defendants for the following:

(a) Wages found to be due and owing;

(b) An additional equal amount equal to the unpaid minimum wages found to be due and owing as liquidated damages;

(c) Prejudgment interest in the event liquidated damages are not awarded;

(d) A reasonable attorney's fee and costs; and,

(e) Such other relief as the Court deems just and equitable.

Dated: 10/9/07

Respectfully submitted,

JAY M. YENOR, III, ESQ.
Bar No.: 0937568
K.E. PANTAS, ESQ.
Bar No.: 0978124
PANTAS LAW FIRM, P.A.
250 North Orange Avenue
Eleventh Floor
Orlando, Florida 32801
Tel.: (407) 425-5775
Fax.: (407) 425-2778
E-Mail: Clerk@PantasLaw.com