UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

EBONY P. ENMAN

Case No.: 6:07-CV-1614-ORL-31DAB

       Plaintiff,

vs.

MILWAUKEE MOTORCYCLE
MANUFACTURING COMPANY, INC.

       Defendant.
_____/

## PLAINTIFF'S MOTION FOR ENTRY OF CLERK'S DEFAULT

COMES NOW the Plaintiff, EBONY P. ENMAN, by and through undersigned counsel and moves for entry of a Clerk's Default against the Defendant, MILWAUKEE MOTORCYCLE MANUFACTURING COMPANY, INC. pursuant to Fed.R.Civ.P. 55(a) for failure to file an answer to Plaintiff's Complaint:

1.    On December 6, 2007, the Defendant, MILWAUKEE MOTORCYCLE MANUFACTURING COMPANY, INC., by serving the Secretary of State was served with a copy of the Summons and Complaint.

WHEREFORE, Plaintiff moves for entry of a Clerk's Default against Defendant, MILWAUKEE MOTORCYCLE MANUFACTURING COMPANY, INC.

       Respectfully submitted,

       */s/ Jay M. Yenor*
       JAY M. YENOR, III, ESQ.
       Bar No.: 0937568
       PANTAS LAW FIRM, P.A.
       250 North Orange Avenue
       Eleventh Floor
       Orlando, Florida 32801
       Tel.: (407) 425-5775
       Fax.: (407) 425-2778

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I presented the foregoing to the Clerk of the court for filing and uploading to the CM/ECF system which will send a notice of electronic filing to the following: None.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: Milwaukee Manufacturing Company, Inc., 2665 North Atlantic Avenue, #121, Daytona Beach, Florida 32118, this 27th day of December, 2007.

*/s/ Jay M. Yenor*
JAY M. YENOR, III, ESQ.