**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**EBONY P. ENMAN,**

        **Plaintiff,**

**-vs-**          **Case No. 6:07-cv-1614-Orl-31DAB**

**MILWAUKEE MOTORCYCLE**
**MANUFACTURING COMPANY, INC.,**

        **Defendant.**

_____

## ORDER

This cause comes before the Court on Motion for Entry of Final Default Judgment (Doc. No. 16) filed January 22, 2008.

On February 5, 2008, the United States Magistrate Judge issued a report (Doc. No. 17) recommending that the motion be granted in part and denied in part. No objections have been filed. Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Motion for Entry of Final Default Judgment is GRANTED in part and DENIED in part.

3. The Clerk is directed to enter Judgment in favor of the Plaintiff Ebony P. Enman against the Defendant Milwaukee Motorcycle Manufacturing Company, Inc., in the total amount

of $3,340.00 ($721.00 in both unpaid wages and a like amount in liquidated damages for a total of $1,442.00 and $1,988.00 in attorney's fees) and thereafter close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on February 26th, 2008.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party